UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

vs.                                                                             CASE NUMBER: 8:99-cr-4-T-26TBM

STEPHEN L. FITZPATRICK

_____/

ORDER REVOKING SUPERVISED RELEASE
AND
JUDGMENT AND COMMITMENT

Pursuant to notice, a Final Revocation of Supervised Release hearing was held in open court on July 7, 2006. The defendant appeared with counsel, Mary Mills. Also present was the Probation Officer and Assistant United States Attorney Kelley Howard-Allen.

At the hearing, the defendant knowingly, intelligently and voluntarily admitted the allegations of violation of supervised release. The Court, therefore, **FINDS** that the defendant has substantially and materiably violated the terms and conditions of his supervised release and that there is just cause for revocation of defendant's supervised release. It is, therefore,

**ORDERED AND ADJUDGED:**

1. The Judgment of Supervised Release entered herein on June 11, 1999, in the United States District Court, Middle District of Florida, as to the above-named defendant is hereby **REVOKED.**

2. The defendant, **STEPHEN L. FITZPATRICK**, is hereby committed to the custody of the Bureau of Prisons for imprisonment for a period of **TIME SERVED.**

Page Two

3. The defendant, **STEPHEN L. FITZPATRICK,** is hereby placed on a new term of supervised release of **SIX (6) MONTHS** with the same terms and conditions plus the new condition of **THREE (3) MONTHS** Home Detention.

**DONE AND ORDERED,** At Tampa, Florida, this 7th day of July 2006.

**RICHARD A. LAZZARA**
United States District Judge

cc: U.S. Attorney - Kelley Howard-Allen
Defense Counsel - Mary Mills
Defendant - c/o Counsel
U.S. Marshal
U.S. Bureau of Prisons
U.S. Probation